Joint Motion is allowed, in part, and denied, in part; revised deadlines are adopted as proposed with the following additions: oppositions to dispositive motions Feb. 5, 2021; final pretrial conference, Wed., April 21, 2021, at 3:00 p.m.; trial to commence on Mon., April 26, 2021, at 9:00 A.M. /s/ NMGorton, USDJ 6/16/20

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:19-CV-11936-NMG

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

    Plaintiff,

v.

BEACON HILL ARCHITECTURAL COMMISSION;
MIGUEL ROSALES, PAUL J. DONNELLY, JOEL
PIERCE, P.T. VINEBURGH, and DANIELLE
SANTOS, as members and alternate members of the
Beacon Hill Architectural Commission; and the CITY
OF BOSTON, MASSACHUSETTS

    Defendants.

## JOINT MOTION TO REVISE SCHEDULING ORDER

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Plaintiff" or "Verizon Wireless") and Defendants Beacon Hill Architectural Commission ("Defendant" or "the Commission") (collectively, the "Parties") separately and fully in writing, respectfully propose a two month extension to the fact discovery deadline to the existing Scheduling Order. In support of their motion, the Parties state as follows:

1.     This is the Parties' first request to revise the scheduling order.

2.     On December 10, 2019, the Parties submitted a proposed Joint Scheduling Order to the Court. [ECF No. 10].

3.     The proposed Joint Scheduling Order did not contemplate the current global pandemic.

Page 1 of 4